B6I (Official Form 6I) (12/07)

In re **Jerry Eugene Huber**
**Alma Frieda Huber**
Debtor(s)

Case No. **10-51690**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Mother** | AGE(S):<br>**10**<br>**69** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Supervisory Transportation Secur** | **Dispatcher** |
| Name of Employer | **Department of Homeland Security/TSA** | **Peninsula Appliance Repair** |
| How long employed | **7 years** | **7 months** |
| Address of Employer | **Metro Place I- Suite 200**<br>**2650 Park Tower Drive**<br>**Vienna, VA 22180-7300** | **133 Mission Drive**<br>**Palo Alto, CA 94303** |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **6,945.34** | $ **2,886.00** |
| 2. Estimate monthly overtime | $ **92.08** | $ **0.00** |
| 3. SUBTOTAL | $ **7,037.42** | $ **2,886.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **2,011.17** | $ **448.26** |
|     b. Insurance | $ **495.54** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify) **See Detailed Income Attachment** | $ **877.52** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **3,384.23** | $ **448.26** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,653.19** | $ **2,437.74** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **500.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **500.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,653.19** | $ **2,937.74** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **6,590.93** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re **Jerry Eugene Huber**
**Alma Frieda Huber**
Debtor(s)

Case No. **10-51690**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **Thrift Savings Loan Repayment** | $ **444.75** | $ **0.00** |
| **Mandatory Retirement contribution** | $ **51.44** | $ **0.00** |
| **TSP Retirement Contributions** | $ **321.53** | $ **0.00** |
| **Life Insurance Coverage** | $ **59.80** | $ **0.00** |
| **Total Other Payroll Deductions** | $ **877.52** | $ **0.00** |

B6J (Official Form 6J) (12/07)

In re **Jerry Eugene Huber / Alma Frieda Huber**, Debtor(s)     Case No. **10-51690**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| # | Item | Amount |
|---|------|--------:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $ 2,512.58 |
| | a. Are real estate taxes included? Yes **X** No ___ | |
| | b. Is property insurance included? Yes **X** No ___ | |
| 2. | Utilities: a. Electricity and heating fuel | $ 150.00 |
| | b. Water and sewer | $ 31.00 |
| | c. Telephone | $ 50.00 |
| | d. Other  See Detailed Expense Attachment | $ 231.00 |
| 3. | Home maintenance (repairs and upkeep) | $ 90.00 |
| 4. | Food | $ 750.00 |
| 5. | Clothing | $ 250.00 |
| 6. | Laundry and dry cleaning | $ 60.00 |
| 7. | Medical and dental expenses | $ 75.00 |
| 8. | Transportation (not including car payments) | $ 450.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 120.00 |
| 10. | Charitable contributions | $ 20.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a. Homeowner's or renter's | $ 58.00 |
| | b. Life | $ 45.00 |
| | c. Health | $ 0.00 |
| | d. Auto | $ 190.00 |
| | e. Other  See Detailed Expense Attachment | $ 221.03 |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a. Auto | $ 0.00 |
| | b. Other | $ 0.00 |
| | c. Other | $ 0.00 |
| 14. | Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. | Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. | Other  Child Care/babysitter | $ 225.00 |
| | Other  Educational Expenses for daughter | $ 150.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,678.61 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,590.93 |
| b. | Average monthly expenses from Line 18 above | $ 5,678.61 |
| c. | Monthly net income (a. minus b.) | $ 912.32 |

**B6J (Official Form 6J) (12/07)**

In re **Jerry Eugene Huber, Alma Frieda Huber** Case No. **10-51690**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Garbage | $ 35.00 |
| Cell phones | $ 196.00 |
| **Total Other Utility Expenditures** | $ 231.00 |

**Other Insurance Expenditures:**

| | |
|---|---|
| Alma Term Life Insurance | $ 121.80 |
| Alma Prudential Whole Life Insurance | $ 45.80 |
| Dental Insurance | $ 53.43 |
| **Total Other Insurance Expenditures** | $ 221.03 |

# United States Bankruptcy Court
## Northern District of California

In re: **Jerry Eugene Huber**
**Alma Frieda Huber**
Debtor(s)

Case No. **10-51690**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **4** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 15, 2010**     Signature **/s/ Jerry Eugene Huber**
**Jerry Eugene Huber**
Debtor

Date **September 15, 2010**     Signature **/s/ Alma Frieda Huber**
**Alma Frieda Huber**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.