```
1  HENRY G. RENDLER [State Bar #83704]
   Attorney at Law
2  1550 The Alameda, Suite 308
   San Jose, California 95126
3  Telephone:    (408) 293-5112
   Facsimile:    (408) 293-4939
4  henry@rendlerlaw.com
   Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-51690 RLE (13) |
| ) | |
| Jerry Eugene & Alma Frieda Huber, ) | No hearing required |
| ) | |
| Debtors ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of 18 years and in all respects competent to be a witness and not a party to the within action. My business address is 1550 The Alameda, Suite 308, San Jose, CA 95126. On the date set forth below, I served the following: **Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines;** and this **Certificate of Service,** on the following persons by placing a true copy thereof in the United States mail at San Jose, California, first class postage prepaid, addressed as set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 16, 2010, at San Jose, California.

                                                  /s/ Kristy Rendler
                                                Kristy Rendler

| | |
|---|---|
| 1 | **Creditor:**<br>Santa Clara County Tax Collector |
| 2 | 70 W. Hedding St.<br>San Jose, CA 95110 |
| 3 | |
| 4 | **Debtors:**<br>Jerry Eugene & Alma Frieda Huber |
| 5 | 374 Curie Drive<br>San Jose, CA 95123 |
| 6 | **Judge's Courtesy Copy:** |
| 7 | Hon. Roger L. Efremsky<br>U.S. Bankruptcy Judge |
| 8 | 280 S. First St. # 3035<br>San Jose, CA 95113 |