HENRY G. RENDLER [State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone: (408) 293-5112
Facsimile: (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  )  Case No. 10-51690 SLJ (13)
   )
   Jerry Eugene Huber &  )
   Alma Frieda Huber,  )  Date: June 23, 2011
   )  Time: 9:30 A.M.
   Debtors.  )  Room: Courtroom 3099
   )  Judge: Hon. Stephen L. Johnson
   )

**APPLICATION FOR COMPENSATION**

TO: THE HONORABLE STEPHEN L. JOHNSON, U. S. BANKRUPTCY JUDGE:

HENRY RENDLER ("Applicant") is the attorney of record for Debtors Jerry Eugene Huber & Alma Frieda Huber, ("Debtors"), and submits the following Application For Compensation:

**EMPLOYMENT AND PRIOR COMPENSATION**

1. Debtors filed their Chapter 13 petition herein on February 22, 2010. Devin Derham-Burk is the Chapter 13 Trustee. An Order confirming Debtors' Chapter 13 Plan (Docket # 33) was entered by this Court on January 28, 2011.

2. Applicant agreed to represent Debtors under written Chapter 13 retainer agreement per Rights and Responsibilities letter (Docket #3) filed with this Court on February 22, 2010. Applicant's hourly rate is $ 350.00. The "base fee" was $ 4,300.00, ($ 2,750.00 for the basic case, $ 850.00 for real estate, & $700.00 for vehicle loans).

3. On February 22, 2010 Applicant filed his Statement of Compensation under Section 329(a) of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure (Docket # 1). It shows that Debtors paid Applicant $ 1,726.00 pre-petition, plus the $

Page 1

1   274.00 court filing fee, for a total payment of $ 2,000.00.

2       4.      Attorney has received no other compensation.

3       5.      This is Applicant's First Interim Chapter 13 Application for Compensation, pursuant to §330(a)(1) of the United States Bankruptcy Code, for professional services rendered and costs incurred by Applicant firm in the representation of said Debtors. It is filed pursuant to the guidelines for compensation and expense reimbursement of the U.S. Bankruptcy Court for the Northern District of California.

      6.      Applicant firm seeks compensation for professional services rendered in this case as follows: **$ 7,175.00** representing **20.5** hours of work performed by Applicant at his normal hourly rate of **$ 350.00**, with an additional **14.15** hours of "No charge" time, for total time of **34.65** hours; plus reimbursement of actual and necessary costs and expenses incurred by Applicant firm in the administration of Debtors' estate of **$ 630.04**, for total legal fees and costs of **$ 7,805.04.**

      7.      Applicant has received total payments of **$ 2,000.00**, so the balance due to Applicant is **$ 5,805.04.**

      8.      In addition to Applicant's time, there was **14.15** hours of time expended by Applicant's legal assistant, initials "KR" and billed as "No charge" hours. Applicant waives these fees, and does not seek compensation for any of the services of the legal assistant.

      9.      Applicant firm was selected to represent Debtors in this Chapter 13 case, because of Applicant's experience in bankruptcy matters.

      10.     All services for which compensation is requested were performed for or on behalf of Debtors, and not on behalf of any committee, creditor, or other person. Applicant has not entered into any agreement, express or implied, with any other person, including Debtors, any creditor or any representative of them, or with any attorney for any such person, for the purpose of fixing the fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between applicant firm and any other person for the sharing of compensation to be received for services rendered in connection with this case.

**CASE STATUS**

11. Debtors filed their case primarily to seek relief from credit card debts they had incurred, and to gain some relief from their second mortgage, as their house has significantly depreciated in value and is now worth much less than they owed on it. They were successful in Avoiding the Lien of their 2nd lender, Chase, in the sum of $ 207,145.69, (Docket # 29) entered January 11, 2011.

12. Debtors' Ch 13 Plan was approved on January 28, 2011 and they are current in their plan payments to the Chapter 13 Trustee.

13. There are no other pending motions or adversary proceeding before this court.

**AREAS OF WORK FOR WHICH COMPENSATION IS SOUGHT**

14. Compensation is being sought by Applicant for legal services provided on a variety of tasks throughout the pendency of Debtors' Chapter 13, including preparing the Debtors' Petition, Schedules of Assets and Liabilities, Statement of Financial Affairs and related documents; advising and appearing with Debtors at the meeting of creditors; appearing at the Court's Chapter 13 pre-hearing conferences; advising and consulting with Debtors regarding their duties under the Bankruptcy Code; objecting to claims as required; filing a motion to avoid the lien of the 2nd Trust Deed, and resolving the Chapter 13 Trustee's Objection to confirmation. All of the legal services provided were actual and necessary.

15. Applicant firm maintains contemporaneous daily time records setting forth specific dates, expenses incurred, services rendered, and time spent in increments of .10 hours, with a minimum billing of 0.10 hours. In this file, Applicant's legal assistant made a variety of time entries in increments of .05 hours. This was inadvertent, and has been discontinued. In this case, no compensation is sought for the hours of the legal assistant.

16. For the past 22 years, Applicant has been using the Interbill processional billing service in Petaluma, California, for all of his client billing records. Applicant firm inputs its data regarding time and expenses and generates monthly billing statements to its clients, showing the services for the preceding month. The statements typically go out no later than the 10th day of the month. Debtors were sent a copy of the statements each month marked "For Information

1  Only."

2  17.  Appended hereto as **EXHIBIT "A"** is an authentic cumulative statement reflecting entries from all of Applicant's said billing statements, commencing with the May 2009 billing statement and concluding with the May 2011 billing statement. These statements cover the time period from April 14, 2009 through and including April 30, 2011. These statements reflect **34.65** total hours (with 14.15 hours being "No Charge" time of legal assistant "KR") for **20.5** hours of Applicant's attorney's fees at $ **350.00** per hour, totaling **$ 7,175.00**, plus costs of **$ 630.04**, for a total of **$ 7,805.04** (minus the **$ 2,000.00** that Debtors has previously paid, for a balance due and owing of **$ 5,805.04**) There are 14.15 hours of "No Charge" time included on said billing statement, reflecting time expended by Applicant's legal assistant in which Applicant is not seeking compensation for.

18. The professional services are sorted into the following Project Areas: A. Petition, Schedules, Statement of Financial Affairs, Plan; B. General Case Administration; C. Resolving the Trustee Objection; and D. Motion to Avoid Lien. The services performed in the various projects, and their respective cost and percentage of the entire case to date (20.5 billable hours) are as follows:

  A. Petition, Schedules, Statement of Financial Affairs, Plan
     4.2 Hours ($ 1,470.00), 20.5%

  B. General Case Administration
     3.6 Hours ($ 1,260.00), 17.6%

  C. Trustee Objection
     7 Hours ($ 2,450.00), 34.1%

  D. Motion to Avoid Lien
     5.7 hours ($ 1,995.00), 27.8%

19. The relevant time period is from the inception of representation on April 14, 2009, through April 30, 2011.

20. The **$ 630.04** costs for which reimbursement is sought in this application are itemized in the billing statements which were sent out to the Debtors each and every month. All of said costs were reasonably and necessarily incurred in Applicant's representation of Debtors. They consist of:

Page 4

|   |   |   |
|---|---|---|
| 1 | Filing Fees: | $ 326.00 |
| 2 | Parking: | $ 9.50 |
| 3 | Postage: | $ 51.18 |
| 4 | Photocopies: | $ 243.36 |
| 5 | **TOTAL:** | **$ 630.04** |

6.  21. Applicant's resume is attached as **EXHIBIT "B".**

7.  22. This application is submitted under the standards set forth in <u>In Re Manoa Finance Company</u>, 853 F.2d 687, (9th Cir. 1988), <u>In Re Yermakov</u>, 718 F.2d 1465, (9th Cir. 1983) and <u>In re First Colonial Corporation of America</u> (5th Cir. 1977) 545 F.2d 1291. Factors include: The time and labor involved; the novelty and difficulty of the questions; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; time limitations imposed by the client or other circumstances; the amount involved and the results obtained; the experience, reputation and ability of the attorney; the "undesirability" of the case; the nature and length of the professional relationship with the client; and awards in similar cases. Under those standards the reasonable value of the services rendered by applicant for the time period designated to Debtors is the amount set forth above. This application is made pursuant to §§328(a) and 330(a) of Title 11, United States Code, and Bankruptcy Rule 2016.

23. Applicant has reviewed the bill and the charges therein are true and correct.

24. Attached hereto is the certification of HENRY G. RENDLER on behalf of the law firm of the Law Offices of HENRY G. RENDLER in conformity with the <u>Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees</u>.

25. Applicant has sent the Debtors the cover letter concerning the fee application prescribed by the guidelines. A true copy thereof is attached hereto as **EXHIBIT "C".**

**WHEREFORE,** Applicant firm prays that an allowance be made in the sum of **$ 7,805.04** as compensation for cost reimbursements and legal services rendered, less the **$ 2,000.00** already paid, for a balance due of **$ 5,805.04,** and for other just relief.

Dated: May 26, 2011          /s/  Henry Rendler
                             Henry Rendler, Bar # 83704, Applicant

## CERTIFICATION BY COUNSEL

I, Henry Rendler, declare:

1. I am an attorney at law duly licensed to practice in the State of California (No. 83704) and before this Court. I am the attorney for Debtors in the within Chapter 13 case. I have personal knowledge of the facts contained in this declaration. I am competent to be a witness and could and would competently testify to the facts contained herein. I am over the age of 18 years.

2. I am a sole practitioner. I am the "certifying professional" and have the responsibility in this case for compliance with the guidelines for compensation and expense reimbursement of professionals.

3. I have read the foregoing application and know its contents. To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application. The compensation and reimbursement requested are billed at rates and in accordance with practices no less favorable than those customarily employed by Applicant and generally accepted by Applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 26, 2011 at San Jose, California.

/s/ Henry Rendler
Henry Rendler, Esq.
SBN 83704
Certifying Professional

# EXHIBIT A

Case: 10-51690    Doc# 35    Filed: 05/25/11    Entered: 05/25/11 12:11:16    Page 7 of 14

HENRY G. RENDLER
ATTORNEY AT LAW
1550 THE ALAMEDA, SUITE 308
SAN JOSE, CA 95126
(408) 293-5112

MAY 23, 2011

**PLEASE PAY $5,805.04 UPON RECEIPT**

JERRY & ALMA HUBER
374 CURIE DRIVE
SAN JOSE, CA 95123

LAST CHARGES BILLED ON: 04/11
LAST PAYMENT RECEIVED ON: 04/09
(408) 829-4808

FILE # 1398  HUBER BANKRUPTCY                                       (01 -R 8453)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $5,805.04**

FILE # 1398  HUBER BANKRUPTCY                                       (01 -R 8453)

**PROFESSIONAL FEES:**                                              HOURS    FEES

| # | Atty | Date | Description | Hours | Fees |
|---|------|------|-------------|-------|------|
| 1 | KR | 4/14/09 | PREPARE PREPARE FILING OF BK. | .50 | 0.00 |
| 2 | KR | 4/21/09 | TELEPHONE CALL CALL W/ JERRY RE: BK FILING. | .40 | 0.00 |
| 3 | KR | 5/27/09 | TELEPHONE CALL CALL W/ JERRY TO UPDATE ON CASE / FILING TIME FRAME. | .30 | 0.00 |
| 4 | KR | 6/10/09 | TELEPHONE CALL TO JERRY RE: LOAN UPDATE. | .10 | 0.00 |
| 5 | KR | 9/22/09 | TELEPHONE CALL TO JERRY. | .30 | 0.00* |
| 6 | KR | 9/24/09 | UPDATE CH 13 PETITION. | .30 | 0.00 |
| 7 | KR | 10/02/09 | TELEPHONE CALL TO JERRY. | .10 | 0.00* |
| 8 | KR | 10/08/09 | TELEPHONE CALL TO JERRY RE: BK DRAFT. | .20 | 0.00* |
| 9 | KR | 10/15/09 | DOWNLOAD HUBER CHARGES. | .30 | 0.00* |
| 10 | KR | 10/15/09 | TELEPHONE CALL FROM JERRY RE: CLA . | .10 | 0.00* |
| 11 | KR | 10/20/09 | UPDATE BK PETITION. | .40 | 0.00* |
| 12 | KR | 10/20/09 | SEND EMAIL TO JERRY. | .10 | 0.00* |
| 13 | KR | 10/23/09 | TELEPHONE CALL FROM JERRY. | .20 | 0.00* |
| 14 | KR | 10/23/09 | IN OFFICE CONFERENCE W/ JERRY. | 1.00 | 0.00* |
| 15 | KR | 10/23/09 | UPDATE CH 13 DRAFT W/ NEW CHANGES/INFO FROM TODAY. | 1.00 | 0.00* |
| 16 | KR | 10/30/09 | READ EMAIL FROM JERRY & RESPOND. | .20 | 0.00* |
| 17 | KR | 11/17/09 | TELEPHONE CALL FROM JERRY RE: LOAN MODIFICATION. | | 0.00* |
| 18 | KR | 11/20/09 | EMAIL TO JERRY. | .05 | 0.00* |
| 19 | KR | 11/24/09 | EMAIL & PHONE CALL TO JERRY RE NOV. FILING & NEEDED DOCUMENTS. | .20 | 0.00* |
| 20 | KR | 12/14/09 | DRAFT EMAIL TO JERRY RE FILING. | .05 | 0.00* |
| 21 | KR | 1/04/10 | TELEPHONE CALL FROM JERRY RE: FILING. | .50 | 0.00* |
| 22 | KR | 1/11/10 | TELEPHONE CALL FROM JERRY. | .30 | 0.00* |
| 23 | KR | 1/18/10 | TELEPHONE CALL TO JERRY RE FILING. | .20 | 0.00* |
| 24 | KR | 1/22/10 | FINISH DRAFT & EMAIL TO JERRY. | .50 | 0.00* |
| 25 | KR | 1/26/10 | TELEPHONE CALL TO JERRY CONFIRMING FILING DATE. | .20 | 0.00* |
| 26 | KR | 1/27/10 | READ & RESPOND TO JERRY'S EMAIL. | .10 | 0.00* |
| 27 | HGR | 2/01/10 | REVIEW FILE HUBER CH.13 PETITION. | .80 | 280.00 |
| 28 | HGR | 2/01/10 | REVIEW AND REVISE HUBER SCHEDULES. | 1.00 | 350.00 |
| 29 | HGR | 2/01/10 | CONFERENCE IN OFFICE HUBERS TO GO OVER CH.13 PETITION, SCHEDULES. | 1.70 | 595.00 |
| 30 | HGR | 2/22/10 | TELEPHONE CALL TO CLIENT JERRY HUBER - GO AHEAD & FILE CH. 13 PETITION. | .10 | 35.00 |
| 31 | HGR | 2/22/10 | REVIEW DOCUMENTS HUBERS CH. 13 PETITION FOR FILING TODAY. | .60 | 210.00 |
| 32 | KR | 3/02/10 | CONFERENCE IN OFFICE JERRY HUBER 2-23-10. | .40 | 0.00* |
| 33 | KR | 3/02/10 | REVIEW DOCUMENTS 2-24-10 REVIEW TRUSTEE DDB WEBSITE, EMAIL TO JERRY. | .10 | 0.00 |
| 34 | KR | 3/02/10 | CONFERENCE IN OFFICE JERRY HUBER 2-25-10 RE CH. 13 CASE. | .10 | 0.00* |
| 35 | KR | 3/09/10 | EMAIL TO JERRY. | .10 | 0.00* |
| 36 | KR | 3/11/10 | REPLY TO JERRY'S EMAIL RE MOC. | .10 | 0.00* |
| 37 | HGR | 4/12/10 | PREPARE FOR MEETING OF CREDITORS HUBERS' 11:30 AM MOC CH 13 TODAY. | .30 | 105.00 |
| 38 | HGR | 4/12/10 | APPEARANCE IN BANKRUPTCY COURT HUBER MOC DDB TRUSTEE SAN JOSE - CONCLUDED. | 1.50 | 525.00 |
| 39 | KR | 4/14/10 | DRAFT MOTION TO AVOID LIEN. | .50 | 0.00* |

Case: 10-51690   Doc# 35   Filed: 05/25/11   Entered: 05/25/11 12:11:16   Page 8 of 14

1

| # | Atty | Date | Description | Hours | Amount |
|---|---|---|---|---|---|
| 40 | KR | 4/15/10 | MOTION TO AVOID LIEN. | .30 | 0.00* |
| 41 | KR | 5/04/10 | RESPOND TO JERRY'S E-MAIL. | .05 | 0.00* |
| 42 | KR | 5/26/10 | EMAIL TO JERRY RE: LAWSUIT. | .10 | 0.00* |
| 43 | KR | 5/27/10 | EMAIL TO JERRY. | .05 | 0.00* |
| 44 | HGR | 6/03/10 | PREPARE HUBER PREHEARING CONFERENCE STATEMENT FOR 6-17-10. | 1.30 | 455.00 |
| 45 | KR | 6/07/10 | REVIEW & REPLY TO TERRY'S EMAIL RE: SANTA CLARA COUNTY. | .10 | 0.00* |
| 46 | KR | 7/01/10 | ON 6/14/10 - DRAFT & SEND LETTER TO COUNTY & JERRY RE: $1725 FEE. | .30 | 0.00* |
| 47 | KR | 7/29/10 | REVIEW FILE & SEND EMAIL TO     ABOUT CASE STATUS. | .30 | 0.00* |
| 48 | KR | 8/11/10 | REPLY TO JERRY'S EMAIL RE: THRIFT SAVINGS & IRS ISSUE. | .10 | 0.00* |
| 49 | KR | 8/16/10 | REPLY TO JERRY'S EMAIL. | .05 | 0.00* |
| 50 | HGR | 9/02/10 | PREPARE HUBER PRE-HEARING STATEMENT FOR 9-16-10 AT 2PM RLE. | .40 | 140.00 |
| 51 | KR | 9/10/10 | TELEPHONE CALL FROM JERRY. | .30 | 0.00* |
| 52 | HGR | 9/14/10 | PREPARE AMENDED HUBER SCHEDULES D & E (COUNTY & IRS). | .50 | 175.00 |
| 53 | HGR | 9/14/10 | PREPARE EMAIL TO HUBERS W/ AMENDED D&E. | .20 | 70.00 |
| 54 | HGR | 9/14/10 | PREPARE AMENDED FORM 22 - HUBERS, RE TRUSTEE OBJECTION. | .30 | 105.00 |
| 55 | HGR | 9/14/10 | PREPARE HUBERS AM. SCH. D, E, 22, RE TRUSTEE OBJECTION. | 1.50 | 525.00 |
| 56 | HGR | 9/15/10 | REVIEW AND REVISE HUBER FORM 22 SCHEDULES I & J, RE TAXES, MORTGAGE. | .60 | 210.00 |
| 57 | HGR | 9/15/10 | TELEPHONE CALL TO CLIENT JERRY TO GO OVER LOAN MOD TERMS, AM. SCHEDULES. | .30 | 105.00 |
| 58 | KR | 9/15/10 | TELEPHONE CALL TO JERRY & SEND AMENDED SCHEDULES. | .50 | 0.00* |
| 59 | HGR | 9/16/10 | FILE AMENDED SCHEDULES D,E,I,J, CHAPTER 13 CURRENT MONTHLY INCOME. | .20 | 70.00 |
| 60 | KR | 9/23/10 | DRAFT MTN. TO AVOID LIEN; EMAIL JERRY. | 1.00 | 0.00* |
| 61 | KR | 10/12/10 | READ & REVIEW COUNTY FINE EMAIL; REPLY TO JERR . | .10 | 0.00* |
| 62 | HGR | 11/04/10 | PREPARE HUGHES PREHEARING STATEMENT. | .50 | 175.00 |
| 63 | KR | 11/04/10 | DRAFT PHC STATEMENT. | .30 | 0.00* |
| 64 | HGR | 11/09/10 | PREPARE HUBER MOTION TO AVOID LIEN OF 2D TRUST DEED. | 2.70 | 945.00 |
| 65 | HGR | 11/11/10 | TELEPHONE CALL TO CLIENT JERRY HUBER (CELL), & LEAVE MESSAGE TO CALL, SIGN DEC RE LIEN. | .10 | 35.00 |
| 66 | HGR | 11/11/10 | TELEPHONE CALL TO CLIENT ALMA HUBER (CELL), LV. MESSAGE, RE JERRY LIEN DECLARATION TO SIGN. | .10 | 35.00 |
| 67 | KR | 11/16/10 | PREPARE FILE & SERVE MTN TO AVOID LIEN & E-MAIL CLIENTS. | .80 | 0.00* |
| 68 | HGR | 11/18/10 | DICTATION OF MODIFIED NOTICE RE LIEN STRIP MOTION - APN. | .20 | 70.00 |
| 69 | HGR | 11/18/10 | REVIEW FILE COURTS WEBSITE RE HUBER PRE-HEARING TO JAN 2011. | .10 | 35.00 |
| 70 | KR | 11/18/10 | PHONE CALL WITH TERRY RE: APN #; PREPARE & SERVE NOTICE OF ERRATA. | .50 | 0.00* |
| 71 | HGR | 1/05/11 | REVIEW DOCUMENTS HUBER RE LIEN MOTION ON CHASE TRUST DEED. | .50 | 175.00 |
| 72 | HGR | 1/05/11 | PREPARE APP, DEC & ORDER TO AVOID CHASE LIEN. | 1.50 | 525.00 |
| 73 | HGR | 1/05/11 | DRAFT DETAILED HUBER PREHEARING STATEMENT, FOR 1-20-11. | 1.20 | 420.00 |
| 74 | HGR | 1/06/11 | REVIEW FILE RE JERRY & ALMA HUBER LOAN MOD, LIEN ORDER ON 2D TD. | .50 | 175.00 |
| 75 | HGR | 1/12/11 | RECEIPT OF CORRESPONDENCE ORDER AVOIDING LIEN - HUBER. | .10 | 35.00 |
| 76 | HGR | 1/19/11 | APPEARANCE IN BANKRUPTCY COURT 2 PM HUBER PHC STEVE JOHNSON PLAN CONFIRMED. | 1.50 | 525.00 |
| 77 | KR | 1/21/11 | PHONE CALL FROM JERRY. | .20 | 0.00* |
| 78 | KR | 3/02/11 | EMAIL TO JERRY RE REMAINING TIME IN CH 13 CASE. | .10 | 0.00* |
| 79 | KR | 4/05/11 | RECEIPT OF CORRESPONDENCE E-MAIL FROM JERRY. SEND REPLY E-MAIL. | .10 | 0.00* |
| 80 | HGR | 4/07/11 | RECEIPT OF CORRESPONDENCE JERRY RE TAX ISSUES, PMT OF CURRENT TAXES DUE; REPLY. | .20 | 70.00 |
|   |   |   |   | 34.65 | $7,175.00 |

### SUMMARY OF HOURS, RATES & FEES

|   |   |   |   |   |
|---|---|---|---|---|
| KR HOURS: | 1.70 |   |   | $0.00 |
| HGR HOURS: | 20.50 | @ | $350.00 PER HOUR | $7,175.00 |
| NO CHARGE HOURS: | 12.45 |   |   |   |
| NET TOTAL HOURS: | 34.65 |   | NET TOTAL FEES: | $7,175.00 |

**COSTS ADVANCED:**                                                                                          COSTS

| # | Date | Description | Cost |
|---|---|---|---|
| 81 | 10/31/09 | CURRENT PHOTOCOPY CHARGES. | 11.00 |
| 82 | 1/14/10 | SEND EMAIL TO JERRY. | 0.00 |
| 83 | 2/01/10 | 66-. | 13.20 |
| 84 | 2/22/10 | FILING FEE. | 274.00 |
| 85 | 2/28/10 | CURRENT PHOTOCOPY CHARGES. | 3.60 |
| 86 | 3/31/10 | CURRENT POSTAGE CHARGES. | 3.08 |

| # | Date | Description | Amount |
|---|------|-------------|-------:|
| 87 | 3/31/10 | CURRENT PHOTOCOPY CHARGES. | 32.00 |
| 88 | 4/12/10 | PARKING 11:30 AM MOC SJBC DDB. | 2.50 |
| 89 | 6/30/10 | CURRENT POSTAGE CHARGES. | 0.59 |
| 90 | 6/30/10 | CURRENT PHOTOCOPY CHARGES. | 3.20 |
| 91 | 9/16/10 | CLERK'S FEES FILING FEE AMENDED SCHEDULES D & E. | 52.00 |
| 92 | 9/30/10 | CURRENT POSTAGE CHARGES. | 0.61 |
| 93 | 9/30/10 | CURRENT PHOTOCOPY CHARGES. | 14.00 |
| 94 | 11/30/10 | CURRENT POSTAGE CHARGES. | 44.90 |
| 95 | 11/30/10 | CURRENT PHOTOCOPY CHARGES. | 142.60 |
| 96 | 1/19/11 | PARKING 2 PM HUBER SJBC PHC. | 7.00 |
| 97 | 1/31/11 | CURRENT POSTAGE CHARGES. | 2.00 |
| 98 | 1/31/11 | CURRENT PHOTOCOPY CHARGES. | 23.76 |

CURRENT COSTS:  $630.04

**PAYMENT ACTIVITY:**

99   4/07/09     $2,000.00    PAYMENT WAS RECEIVED, THANK YOU CK #1759 HUBER - THANKS

BALANCE PRIOR TO THIS STATEMENT: $0.00
PLUS: CHARGES LISTED ABOVE: $7,805.04
MINUS: PAYMENTS POSTED: $2,000.00-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY: $5,805.04

|  | OPENED 4/09 FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | ENDING BALANCE |
|---|---|---|---|---|
| HOURS: | 34.65 | 0.00 | | |
| PAYMENTS: | $2,000.00- | $0.00 | $0.00 | $0.00 |
| LATE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | $630.04 | $0.00 | $0.00 | $290.66 |
| FEES: | $7,175.00 | $0.00 | $0.00 | $5,514.38 |

# EXHIBIT B

# RESUME OF HENRY RENDLER

**PERSONAL:**

Born in San Jose, California.
Office address: 1550 The Alameda, Suite 308, San Jose, CA 95126, 408 293 5112
Fax 408 293 4939, email henry@rendlerlaw.com.

**EDUCATION**

B.A., UC Santa Barbara, Germanic Languages & Literature, *cum laude*, 1975
J.D. Santa Clara University, *summa cum laude*, 1978

**PROFESSIONAL EXPERIENCE**

**1976,** law clerk at Santa Clara County District Attorney's Office, Child Support Division, doing primarily research on Uniform Reciprocal Enforcement of Support Act.

**1978,** Admitted to California State Bar.

**1978-1981**, associate attorney at Moless & Brinton, a Law Corporation, Santa Clara, CA. Civil litigation, including representing large shopping centers in unlawful detainer actions and as creditors in Bankruptcy Act Chapter XI and Code Chapter 11 cases; commercial transactions including purchase and sale of businesses; probate and estate planning.

**1981-1983**, associate attorney at Daniel R. Cowans, a Professional Corporation, Palo Alto, CA, in representation of debtors, debtors in possession, and trustees, in business and consumer Chapter 7, 11, and 13 cases, before bankruptcy courts in San Jose, Oakland, San Francisco, Santa Rosa, and Modesto.

**1983-present**, sole practicioner, San Jose, CA. Maintain own law firm with bankruptcy focus. Representation of debtors in hundreds of Chapter 7, 11, and 13 cases. Attorney for Chapter 11 debtors in possession in 120+ cases. Represented creditors in relief from stay actions, and acted as foreclosure trustee under trust deeds for mortgage company clients. Representation of creditors in discharge and dischargeability cases, and general bankruptcy litigation such as objections to plan confirmation, claims objections, and motions to convert or dismiss cases. Practice primarily in San Jose court, with occasional cases in San Francisco, Oakland, Santa Rosa,, Sacramento, and Los Angeles, as well as bankruptcy courts in other states including Nevada, Arizona, Texas, Alabama and Delaware.

# EXHIBIT C

Case: 10-51690 Doc# 35 Filed: 05/25/11 Entered: 05/25/11 12:11:16 Page 13 of 14

LAW OFFICES OF
## HENRY G. RENDLER
1550 THE ALAMEDA, SUITE 308
SAN JOSE, CALIFORNIA 95126
TELEPHONE (408) 293-5112
FACSIMILE (408) 293-4939
henry@rendlerlaw.com

May 26, 2011

Jerry Eugene Huber &
Alma Frieda Huber
374 Curie Drive
San Jose, CA 95123

      RE:    Bankruptcy Case No. 10-51690 SLJ (13)
                Henry G. Rendler Chapter 13 Fee Application

Dear Jerry & Alma:

This letter shall serve as the cover letter for my Chapter 13 Application for Compensation.

The Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

Please review the enclosed Application For Compensation requesting approval of compensation and reimbursement of expenses in your case. I am making this Application because additional services and time were required in your case. I invite you to discuss any objections, concerns, or questions you may have with me.

The Office of the United States Trustee will also accept your comments. The court will also consider timely-filed objections by any party in interest at the time of the hearing.

                                                    Very truly yours,

                                                    Henry Rendler

Enc. As indicated